UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:10-CR-00181-BO-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER TO CONTINUE |
| KENNIE MAURICE THOMAS, | ) | SENTENCING |
| Defendant. | ) | |
| | ) | |

This cause coming to be heard before the undersigned, after considering the defendant's motion to continue, and for good cause shown, that motion is hereby ALLOWED. The sentencing in this matter is hereby set for the

_____October Term_____, 20_11_ term.

~~The objections to the pre-sentence report are now due on the 20 day of September, 2011~~

SO ORDERED.

This the 14 of September, 2011.

_____
THE HONORABLE JUDGE TERRENCE W. BOYLE
United States District Court Judge